

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-15-00059-CV

Yvonne E. **PERRYMAN**,
Appellant

v.

Cecilia A. **ROBINSON** and Cecil L. Jones, Jr.,
Appellees

From the 131st Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-09714
Honorable David A. Canales, Judge Presiding

BEFORE JUSTICE MARTINEZ, JUSTICE ALVAREZ, AND JUSTICE CHAPA

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs of the appeal are taxed against the party who incurred them.

SIGNED May 6, 2015.

_____
Rebeca C. Martinez, Justice